# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSE M. SKINNER and MANUEL E. SKINNER JR.** | § § § | **PLAINTIFFS** |
| v. | § § | **CIVIL NO.: 1:13cv314-HSO-RHW** |
| **JOHN BORDAGES JR., CRAIG SHOWS, JOHN HAWKINS, MARY FORETICH, TERRY DAVIS, KEITH DAVIS, CARLO ROBOTTI, BRIAN MACCARTHY, TOM DEICHMANN, BURNELL DEDEAUX, LUIS HAWKINS, CHARLES BRANDON MOORE, KARL WINTER, GPCH-GP, INC., JOHN B. METCALF, ROBERT HILLIER, TOM WHEELER, ROY HUGH FLEMING, and JOHN/JANE DOES 1-4** | § § § § § § § § § § § § § § § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard *sua sponte* on the Court's Order to Show Cause [122]. The Court, after a full review and consideration of Plaintiffs' Response [126], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith, along with its previous Orders [76] [77] [101] [115], this civil action should be dismissed.

1

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 6th day of August, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE